# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIENGKHAM SINGANONH, | No. 2:18-CV-0159-WBS-DMC-P |
| Petitioner, | |
| v. | ORDER |
| SUSANVILLE PRISON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 6, 2018, the court issued findings and recommendations that this action be dismissed for failure to state a cognizable claim. On August 24, 2018, petitioner filed objections and requested the action be recharacterized as a civil rights action under 42 U.S.C. § 1983. In the interest of justice, and at the request of petitioner, the August 6, 2018, findings and recommendations will be vacated and the action will be recharacterized as a civil rights case. See Nettles v. Grounds, 830 F.3d 922, 936 (9th Cir. 2016). Petitioner will be provided an opportunity to file a complaint stating all his claims as against all defendants in a single operative pleading. Petitioner is cautioned that failure to file a complaint within the time specified herein may result in dismissal of the entire action. See Local Rule 110.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on August 6, 2018, are hereby vacated;

2. This action is recharacterized as a prisoner civil rights action;

3. The Clerk of the Court is directed to update the docket to reflect this action proceeds as a prisoner civil rights action under 42 U.S.C. § 1983;

4. Petitioner shall file a complaint within 30 days of the date of this order; and

5. The Clerk of the Court is directed to forward to petitioner the court's form complaint for prisoner civil rights cases.

Dated: December 6, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE