IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIENGKHAM SINGANONH,<br><br>              Plaintiff,<br><br>       v.<br><br>K. LANGSLET, et al.,<br><br>              Defendants. | No.  2:18-CV-0159-WBS-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On December 9, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. ECF No. 52. The Magistrate Judge recommended granting Defendants' motion for summary judgment. Id. Plaintiff did not file objections.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 52) filed December 9, 2020, are adopted in full;

2. Defendants' motion for summary judgment (ECF No. 44) is GRANTED; and

3. The Clerk of the Court is directed to enter judgment and close the above captioned file.

Dated:  March 2, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE